FILED
DEC - 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of
Substitution of Counsel,

ZANDRA L. LOPEZ.

**ORDER**
**FOR SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE**

**IT IS HEREBY ORDERED** that Zandra L. Lopez, California Bar No. 216567, upon her departure from Federal Defenders of San Diego, Inc., and entering into private practice at 427 C Street, Suite 300, San Diego, California, 92101, phone 619/233-3169, fax 619/684-3522, email zll@zandralopezlaw.com, be substituted as appointed counsel and that Federal Defenders be relieved in the cases as listed in the attached, effective November 30, 2007.

**SO ORDERED.**

DATE: December 4, 2007

Jeffrey T. Miller for
**HONORABLE IRMA E. GONZALEZ**
Chief Judge, United States District Court
Southern District of California

**CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO ZANDRA L. LOPEZ, CALIFORNIA BAR NO. 216567**
**<u>AS APPOINTED COUNSEL OF RECORD EFFECTIVE NOVEMBER 30, 2007</u>**

| *CASE NAME* | *NUMBER* | *COURT DATE* | *JUDGE* |
|---|---|---|---|
| *United States v. Erick Manjarrez-Cervantes (On Appeal)* | *03cr1913-BEN* | *12/03/07-Stat Conf* | *BEN* |
| *United States v. Fredis Mejia-Lemus ( On Appeal)* | *06cr0511-MJL* | *Pending Appeal* | *MJL* |
| *United States v. Domingo Aguilar-Aguilar (Resentencing on Remand)* | *04cr2955-GT* | *12/03/07-Re-Sent Hrg.* | *GT* |
| *United States v. Robert Bradley Pastor* | *09cr0987-NAJ* | *2/11/08-Rev. Hrng.* | *NAJ* |
| *United States v. Engelberto Sanchez* | *03cr1017-NAJ* | *12/10/07-Rev. Hrng.* | *NAJ* |
| *United States v. Jose Antonio Carranza-Huesos* | *07MJ2700* | *12/06/07-PE* | *JMA* |
| *United States v. Jose Iniguez-Delgado* | *07MJ2753* | *12/11/07-PE* | *AJB* |
| *United States v. David Osvaldo Cruz-Zavala* | *07MJ2762* | *12/11/07-PE* | *AJB* |
| *United States v. Jasmine Lau* | *07MJ2750* | *12/6/07-PE* | *BLM* |
| *United States v. Ismael Antonia Zambrano-Reyes* | *07MJ2721* | *12/11/07-PH* | *AJB* |
| *United States v. Maria Rico* | *07MJ2731* | *12/6/07-PE* | *LSP* |
| *United States v. Victor Serrano* | *07MJ2724* | *12/6/07-PE* | *JMA* |
| *United States v. Joel Lopez-Perez* | *07MJ2713* | *12/6/07-PE* | *JMA* |
| *United States v. Pedro Resendiz-Avila* | *07MJ2705* | *12/6/07-PE* | *JMA* |
| *United States v. Nicolas Cesareo* | *07MJ2704* | *12/6/07-PE* | *JMA* |
| *United States v. Petronico Jimenez-Viera* | *07MJ2596* | *12/4/07-PE* | *BLM* |
| *United States v. Ramon Pena-Martinez* | *07CR3211-DMS* | *12/4/07-PH* | *DMS* |
| *United States v. Garcia-Tun* | *07MJ2664* | *12/13/07-PE* | *NLS* |
| *United States v. Valdovinos-Cardoza* | *07MJ2702* | *12/6/07-PE* | *JMA* |
| *United States v. Chavez-Hernandez* | *07MJ2678* | *12/4/07-PE* | *NLS* |
| *Untied States v. Jaime De La Cruz-Muro* | *07MJ2676* | *12/4/07-PE* | *NLS* |
| *United States v. Karina Cota-Lobatos* | *07MJ8899* | *12/4/07-PH* | *PCL* |
| *United States v. Noemi Vasquez* | *07CR2672-TJW* | *2/11/07-Sent. Hrng.* | *TJW* |

| | | | |
|---|---|---|---|
| *United States v. Joseph Paul Bushey* | *07MJ8904* | *11/28/07-PE* | *PCL* |
| *United States v. Juan Carlos Vasquez-Mendoza* | *07MJ8927* | *11/29/07-PE* | *PCL* |
| *United States v. Richardo Flores* | *07MJ2597* | *12/4/07-PE* | *BLM* |
| *United States v. Marcos Banderas-Rodriguez* | *07CR3111-JAH* | *12/6/07-Dispo.* | *DMS* |
| *United States v. Horacio B. Rosales-Zamora* | *07CR3113-DMS* | *12/6/07-Dispo.* | *DMS* |
| *United States v. Israel Amezquita-Luna* | *07CR3032-WQH* | *12/4/07-Dispo.* | *WQH* |
| *United States v. Joel Jimenez-Polanco* | *07MJ2663* | *12/13/07-PH* | *NLS* |
| *United States v. Francisco Esparza-Gutierrez* | *07MJ2660* | *12/13/07-PH* | *NLS* |
| *United States v. Jesus Garcia-Santiago* | *07MJ8927* | *12/6/07-PE* | *CAB* |

*U.S. DISTRICT COURT CASES ON APPEAL TO THE NINTH CIRCUIT*
*MOTIONS FOR SUBSTITUTION OF COUNSEL FILED FOR ZANDRA L. LOPEZ*
*EFFECTIVE NOVEMBER 30, 2007*

**RE-LIST**

| | | |
|---|---|---|
| *United States v. Jason Wayne Cline 05cr0667-MLH* | *U.S.C.A. No. 05-50138* | *Petition for Rehearing filed* |
| *United States v. Donald Wayne Collins 03cv2406-MJW* | *U.S.C.A. No. 07-56432* | *Waiting on Govt.'s Response to Cert. Petition* |
| *United States v. Francisco Cano-Matus 06CR2002-BTM* | *U.S.C.A. No. 07-50218* | *Reply due 12/09/07* |
| *United States v. Francisco Cano-Matus 04CR1175-GT* | *U.S.C.A. No. 07-50255* | *Waiting on Oral Argument* |
| *United States v. Ana Castaneda-Vasquez 07cr1626-JAH* | *U.S.C.A. No. 07-50502* | *Waiting on briefing schedule* |
| *United States v. Raimundo Martinez-Orosco 03CR2601-JAH* | *pending* | *Notice of Appeal filed 10/17/07 with D.Ct.* |
| *United States v. Engelberto Santana 03CR1017-NAJ* | *U.S.C.A. No. 07-50190* | *Waiting on Oral Argument* |
| *United States v. Fredis Mejia-Lemus 06CR0811-MJL* | *U.S.C.A. No. 07-71408* | *Submitted* |
| *United States v. Ruben Meda-Rodriguez 04CR1993-LAB* | *U.S.C.A. No. 07-50141* | *Waiting on Oral Argument* |
| *United States v. Erick Manjarrez-Cervantes* | *U.S.C.A. No. 07-71177* | *Submitted* |
| *United States v. Hector Quinonez-Martinez 06CR1169-MJL* | *U.S.C.A. No. 07-50139* | *Waiting on Oral Argument* |

| | | |
|---|---|---|
| *United States v. Jose Angel Ramirez-Estrada 06cr0121-DMS* | *U.S.C.A. No. 06-50473* | *Waiting on Oral Argument* |
| *United States v. Maria Carmen Garcia 06CR716-JAH* | *U.S.C.A. No. 06-50630* | *Opening Brief due 12/13/07* |
| *United States v. Alfredo Martinez 05CR1602-LAB* | *U.S.C.A. No. 06-50307* | *Cert. Petition filed* |
| *United States v. Luis Diaz-Luevano 04CR1371-LAB* | *U.S.C.A. No. 05-50129* | *Cert. Petition due 12/28/07* |
| *United States v. Robert Bradley Pastor 93CR0987-NAJ* | *U.S.C.A. No.s 06-50055/ 06-50230* | *Waiting on Oral Argument* |
| *United States v. Jose Angel Limon-Madero 07CR0981-JTM* | *U.S.C.A. No. 07-50354* | *Opening Brief due 12/07/07* |
| *United States v. Ismael Juan Ramirez-Guerrero 07CR0524-JTM* | *U.S.C.A. No. 07-50410* | *Opening Brief due 12/20/07* |

*End of District Court Cases on Appeal*