FILED

07 DEC 27 PM 12: 14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: 

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DAVID OSVALDO CRUZ-ZAVALA, Defendant. | Criminal Case No. 07CR 3468 BEN<br>I N D I C T M E N T<br>Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |

The grand jury charges:

On or about November 26, 2007, within the Southern District of California, defendant DAVID OSVALDO CRUZ-ZAVALA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the

//

WDK:fer:San Diego
12/21/07

United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant DAVID OSVALDO CRUZ-ZAVALA, was removed from the United States subsequent to January 26, 2006.

DATED: December 27, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:

DOUGLAS KEEHN
Assistant U.S. Attorney