**ZANDRA L. LOPEZ**
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorney for **Mr. David Osvaldo Cruz-Zavala**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE ROGER T. BENITEZ**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID OSVALDO-CRUZ-ZAVALA,<br>Defendant. | CASE NO. 07CR3468-BEN<br><br>DATE: February 4, 2008<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br><br>(1) TO COMPEL DISCOVERY;<br>(2) FOR LEAVE TO FILE FURTHER MOTIONS |

-

TO: KAREN P. HEWIT, UNITED STATES ATTORNEY, AND
THE ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on February 4, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Zandra L. Lopez, by and through counsel, Zandra Lopez, will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, David Osvaldo Cruz-Zavala, by and through counsel, Zandra Lopez, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery; and,
2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

//s// Zandra L. Lopez

Dated: January 18, 2008

**ZANDRA L. LOPEZ**
Attorney for Mr. Cruz-Zavala