**ZANDRA L. LOPEZ**
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorney for **Mr. Cruz-Zavala**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DAVID OSVALDO CRUZ-ZAVALA, Defendant. | Case No. 07CT3468-BEN<br>**JOINT MOTION TO CONTINUE MOTION HEARING** |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES,** Zandra L. Lopez., counsel for David Osvaldo Cruz-Zavala, along with Assistant United States Attorney Eugene S. Litvinoff, that the motion hearing set for February 4, 2008 be rescheduled to **Monday, March 3, 2008, at 2:00 p.m.**

Respectfully submitted,

DATED: February 1, 2008

/s/ Zandra L. Lopez
**ZANDRA L. LOPEZ**
Attorney for David Osvado Cruz-Zavala

DATED: February 1, 2008

/s/ Eugene S. Litvinoff
**EUGENE LITVINOFF**
Assistant United States Attorney