UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID OSVALDO CRUZ-ZAVALA,<br>Defendant. | Case No. 07CT3468-BEN<br><br>**ORDER CONTINUING MOTION HEARING DATE** |

Good cause appearing therefor, **IT IS HEREBY ORDERED**, that the motion hearing set for February 4, 2008 be rescheduled to **<u>Monday, March 3, 2008, at 2:00 p.m.</u>**

IT IS SO ORDERED.

DATED: _______________

_________________________________
**HONORABLE ROGER T. BENITEZ**
United States District Judge