**ZANDRA L. LOPEZ**
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorney for **Mr. David Osvaldo Cruz-Zavala**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE ROGER T. BENITEZ**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID OSVALDO CRUZ-ZAVALA,<br>Defendant, | CASE NO. 07CR3468-BEN<br>DATE: March 3, 2008<br>TIME: 2:00 p.m.<br>JOINT MOTION TO CONTINUE MOTION HEARING |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Zandra L. Lopezˆ counsel for Mr. Cruz-Zavala along with Assistant United States Attorney Eugene Letvinoff, that the motion hearing currently set for March 3, 2008, be rescheduled to March 24, 2008 at 2:00 p.m.

Dated: February 26, 2008

*/s/ Zandra L. Lopez*
**ZANDRA L. LOPEZ**
Attorney for Mr. Cruz-Zavala

Dated: February 26, 2008

*/s/ Eugene Letvinoff*
**EUGENE LETVINOFF**
Assistant United States Attorney