**ZANDRA L. LOPEZ**
California Bar No. 216567
427 C Street, Auite 300
San Diego, CA 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorney for **Mr. David Osvaldo Cruz-Zavala**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE ROGER T. BENITEZ**)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CASE NO. 07CR3468-BEN |
| v. | PROOF OF SERVICE |
| DAVID OSVALDO-CRUZ-ZAVALA, Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

Assistant United States Attorney
efile.dkt.gc2@usdoj.gov

Respectfully submitted,

Dated: February 27, 2008

/s/ Zandra L. Lopez
**ZANDRA L. LOPEZ**
Attorney for Defendant
zll@zandralopezlaw.com