AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA
V.

## WAIVER OF INDICTMENT

CASE NUMBER: 07 CR 3468-BEN

I, David Cruz-Zavala, the above named defendant, who is accused of

illegal entry 8 USC 1325

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5-9-08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAY - 9 2008
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Defendant

Counsel for Defendant

Before
Judicial Officer